SEARS, ROEBUCK & COMPANY, a Corporation, et al., Appellants,

v.

Sherman ADKINS, Appellee.

Court of Appeals of Kentucky.

June 22, 1962.

Rehearing Denied Sept. 28, 1962.

·G. B. Johnson, Jr., Dysard, Dysard & Johnson, David O. Welch, Ashland, for appellants.

Dempsey A. Cox, Creech & Cox, Ashland, for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment against Sears, Roebuck & Company in favor of Sherman Adkins of $281.50 for a hospital bill.

We have carefully considered the record and we find no errors therein prejudicial to the substantial rights of appellants.

Wherefore, the motion for an appeal is overruled and the judgment is affirmed.